1024

THE STATE OF WASHINGTON, *Respondent*, v. BILLY CORY BURGANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01229-7, Steven G. Scott, J., entered June 7, 2001. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS A. CULLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00450-4, Dean Scott Lum, J., entered July 30, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD PARNELL WILSON, *Appellant*.

*In the Matter of the Personal Restraint of* RICHARD PARNELL WILSON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03286-7, Douglass A. North, J., entered August 20, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Schindler, J. Now published at 117 Wn. App. 1.